

**Nancy McCutchan Duden, County Attorney**

2660 Riva Road, 4th Floor
P.O. Box 6675
Annapolis, Maryland 21401
Phone: 410-222-7888
tmitchell@aacounty.org

**Thomas J. Mitchell**
**Assistant County Attorney**

November 16, 2017

Hon. George L. Russell, III
United States District Judge
USDC - District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re:    <u>**Adam Merkle v. Ofc, S. Kauffman**</u>
              **Civil Action No.:  GLR-17-778**

Dear Judge Russell:

    The undersigned has reviewed the letter from the Court dated November 8, 2017. In response the Defendant states as follows:

1. Defendant respectfully objects to having the case transferred to a U.S. Magistrate Judge.
2. Defendant prefers to participate in a settlement conference after discovery. Defendant would prefer to participate in a settlement conference after the Court's ruling on dispositive motions.
3. Defendant does not expect discovery of electronically stored information to be an issue/problem.
4. Defendant does not wish to defer expert discovery until after summary judgment.
5. Defendant does not have any requests for changes to the dates in the preliminary scheduling order.
6. Defendant agrees that fifteen (15) hours of depositions are sufficient.
7. Defendant would estimate the trial would last four (4) days.

{00222909.DOCX; 1}

Thank you for your time and consideration.

       Respectfully submitted,

       /S/

       Thomas J. Mitchell, Esq.
       Assistant County Attorney

{00222909.DOCX; 1}