

**Nancy McCutchan Duden, County Attorney**

2660 Riva Road, 4th Floor
P.O. Box 6675
Annapolis, Maryland 21401
Phone: 410-222-7888
tmitchell@aacounty.org

**Thomas J. Mitchell**
**Assistant County Attorney**

February 20, 2018

Hon. George L. Russell, III
United States District Judge
USDC - District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re: <u>**Adam Merkle v. Ofc, S. Kauffman**</u>
            Civil Action No.: GLR-17-778

Dear Judge Russell:

    Pursuant to the Standing Order on Discovery Procedures issued on November 8, 2017, I am writing to inform the Court of the Defendant's desire to file a Motion to Compel and a Motion for Sanctions. (ECF 15-2.) Plaintiff's attorney recently informed the undersigned that he has been unable to make contact with the Plaintiff.

    On December 12, 2017, Defendant Shawn Kauffmann propounded Interrogatories and Request for Production of Documents to Plaintiff Adam Merkle. In the month of January 2018, counsel for the parties discussed outstanding discovery requests. At that time Counsel for both parties agreed to provide discovery responses as soon as possible. On January 19, 2018, counsel for Defendant provided Plaintiff with Answers to Interrogatories, Responses to Request for Production of Documents and Responses to Requests for Admission.

    As today's date, Plaintiff has failed to provide Defendant with written discovery responses. Pursuant to FED. R. CIV. P. 33(b)(2) and 34(b)(2)(A), Plaintiff was required to provide answers to interrogatories and response to request for production of documents within 30 days of being served with the discovery requests. Plaintiff's discovery responses were due on January 11, 2018.

{00230451.DOCX; 1}

Pursuant to FED. R. CIV. P. 37(a)(1), counsel for Defendant has made good faith efforts to resolve this discovery dispute without court intervention. Plaintiff's deposition is noted for Thursday, February 22 at 10:00 a.m. Defendant is unable to fully prepare for the deposition without Plaintiff's discovery responses. The discovery deadline is March 23, 2018. (ECF 15-2.)

Pursuant to FED. R. CIV. P. 37(d)(3), Plaintiff's failure to provide discovery responses warrants sanctions. I am not able to properly defend my client without Plaintiff's discovery responses. Defendant seeks dismissal of the action.

Thank you for your time and consideration.

Respectfully submitted,

/S/

Thomas J. Mitchell, Esq.
Assistant County Attorney

cc: Stephen P. Norman, Esq. (via ECF)
Jay H. Creech, Esq. (via ECF)