

**Nancy McCutchan Duden, County Attorney**

2660 Riva Road, 4th Floor
P.O. Box 6675
Annapolis, Maryland 21401
Phone: 410-222-7888
tmitchell@aacounty.org

**Thomas J. Mitchell**
**Assistant County Attorney**

February 23, 2018

Hon. George L. Russell, III
United States District Judge
USDC - District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    <u>Adam Merkle v. Ofc. S. Kauffman</u>
             Civil Action No.: GLR-17-778

Dear Judge Russell:

      Pursuant to the Standing Order on Discovery Procedures issued on November 8, 2017, I am writing to inform the Court of the Defendant's desire to file a second Motion for Sanctions. (ECF 15-2.) Plaintiff's attorney recently informed the undersigned that he has been unable to make contact with the Plaintiff.

      On February 9, 2018, Defendant Shawn Kauffmann noted the deposition of Plaintiff Adam Merkle. The Notice was sent first class mail postage pre-paid to Plaintiff's attorney Stephen P. Norman, Esq. On February 9, 2018, a courtesy copy of the Notice was emailed to Plaintiff's attorney Stephen P. Norman, Esq. The deposition was noted for Thursday, February 22 at 10:00 a.m. at the Anne Arundel County Office of Law. Plaintiff failed to appear for the deposition.

      I am not able to properly defend my client without Plaintiff's deposition responses. The discovery deadline is March 23, 2018. (ECF 15-2.)

      Pursuant to FED. R. CIV. P. 37(d)(3), Plaintiff's failure to attend his deposition warrants sanctions. Defendant seeks dismissal of the action.

{00230804.DOCX; 1}

Thank you for your time and consideration.

                        Respectfully submitted,

                        /S/

                        Thomas J. Mitchell, Esq.
                        Assistant County Attorney

cc:    Stephen P. Norman, Esq. (via ECF)
       Jay H. Creech, Esq. (via ECF)