# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADAM MERKLE | * |
| Plaintiff, | * |
| v. | * Case No: 1:17-cv-00778-GLR |
| OFFICER SHAWN KAUFFMAN | * |
| Defendant. | * |

## ATTORNEY STEPHEN P. NORMAN AND THE NORMAN LAW FIRM'S MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Attorney Stephen P. Norman and The Norman Law Firm hereby Move to Withdraw as Plaintiff's Counsel in the above-captioned matter pursuant to Local Rule 101.2 of the Rules of the United States District Court for the District of Maryland and the Maryland Rules of Professional Responsibility setting forth the following in support:

1. Plaintiff has failed and refused to assist and cooperate in the prosecution of his case.

2. Plaintiff has failed and refused to provide counsel with the necessary information counsel needs to respond to Defendant's discovery requests.

3. The answers to Defendant's discovery request are now out of time subjecting counsel to potential sanctions.

4. Plaintiff has failed to reply to e-mails sent, text messages sent, telephone messages left by counsel, counsel's associate and counsel's paralegal urging Plaintiff to supply the requested necessary information and to contact counsel to properly prosecute his case with no response.

1

5. Plaintiff's counsel has searched the Maryland Judiciary Case database to see if Plaintiff was arrested with negative results.

6. Plaintiff's counsel has also searched the Maryland obituaries for Plaintiff with negative results.

7. Counsel has consulted with counsel for Defendant in this matter who has "No Position" on the motion.

8. The relief requested in this Motion is sought in good faith and not for the purposes of delay.

Wherefore the undersigned counsel respectfully moves this Honorable Court for an order permitting him to withdraw from further representation of Plaintiff in this matter.

Respectfully Submitted,

**THE NORMAN LAW FIRM**

**DATED: March 8, 2018**　　　By:　*/s/ Stephen P. Norman*
　　　　　　　　　　　　　　　　　Stephen P. Norman, Esquire, Bar ID 29202
　　　　　　　　　　　　　　　　　30838Vines Creek Road; Unit 3
　　　　　　　　　　　　　　　　　Dagsboro, DE  19939
　　　　　　　　　　　　　　　　　(302) 537-3788
　　　　　　　　　　　　　　　　　snorman@thenormanlawfirm.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

**CERTIFICATE OF COUNSEL**

I, Stephen P. Norman counsel for Plaintiff hereby certify that:

1. The name and last known address of Plaintiff is Adam Joshua Merkle, 1425 Halle Street, Edgewater, Maryland 21037.

2. I gave written notice by mail to Plaintiff on or about March 1, 2018 stating that I proposed to withdraw as counsel from representing Plaintiff and provided a Plaintiff a copy of the Motion to Withdraw.

3. I advised Plaintiff that he should either have new counsel enter an appearance or he should advise the Clerk of the Court that he will be proceeding without counsel.

**THE NORMAN LAW FIRM**

**DATED: March 8, 2018**  By:  */s/ Stephen P. Norman*
Stephen P. Norman, Esquire, Bar ID 29202
30838Vines Creek Road; Unit 3
Dagsboro, DE 19939
(302) 537-3788
snorman@thenormanlawfirm.com
*Attorney for Plaintiff*